# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA J. MCGARRY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., and [24]7.AI, INC.,<br><br>Defendants. | CASE NO. 2:18-cv-09827-MWF-E<br><br>**CLASS ACTION**<br><br>FINAL JUDGMENT AND ORDER OF DISMISSAL<br><br>**DEMAND FOR JURY TRIAL** |

Having considered Plaintiff's Notice of Intent Not to File a Second Amended Class Action Complaint,

IT IS HEREBY ORDERED: The within action is DISMISSED in its entirety with prejudice.

Dated: June 26, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge

---

**FINAL JUDGMENT AND ORDER OF DISMISSAL**

{00199550 }