UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERESA J. MCGARRY, on behalf of herself and all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC. and [24]7.AI, INC.,<br><br>Defendants - Appellees. | No. 19-55790<br><br>D.C. No. 2:18-cv-09827-MWF-E<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 17, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7